UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| WILLIAM JENKINS, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV419-002 |
| KARL NELL, | ) ) | |
| Defendant. | ) ) | |

# **ORDER**

This case, involving allegations of employment discrimination, was recently reassigned to the undersigned. *See* Docket entry dated Jan. 8, 2019. Because several attorneys from the undersigned's former law firm have appeared in this case, and to avoid any appearance of impropriety, I recuse. The Clerk is, therefore, **DIRECTED** to reassign this case to Magistrate Judge James E. Graham for all further proceedings.

**SO ORDERED**, this 22nd day of March, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia