**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| WILLIAM JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO.: 4:19-CV-00002-WTM-JEG |
| v. | ) | |
| | ) | |
| KARL NELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Currently before the Court is Defendant's Emergency Motion to Stay Deposition, filed with the Court on July 3, 2019. Having reviewed the Motion and arguments, and for good cause shown, the Court hereby **GRANTS** Defendant's Emergency Motion to Stay Deposition and **ORDERS** that Kevin Jackson's deposition is stayed and postponed until such time as this Court has ruled on Defendant's Motion for Entry of Protective Order.

**SO ORDERED** this 9th day of July, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**